USCA1 Opinion

 

 United States Court of Appeals For the First CircuitNo. 97-2064 JOSHUA WRIGHT, Petitioner, Appellant, v. JEAN R. OUELLETTE, ACTING DISTRICT DIRECTOR, IMMIGRATION AND NATURALIZATION SERVICE, Respondent, Appellee. ERRATA SHEET The opinion of this Court issued on March 19, 1999, isamended as follows: The penultimate sentence of the opinion, located on page 11,should read as follows: This case, thus, does not involve a problem of retroactivity, and the district court's dismissal of Wright's petition for habeas corpus is affirmed and the stay of deportation is vacated.